<p align="center" style="color:red">**Exhibit A**</p>



**Department of the Treasury**
**Internal Revenue Service**
**Tax Exempt and Government Entities**
P.O. Box 2508
Cincinnati, OH 45201

**Date:**
04/19/2024

**Employer ID number:**
92-2858861

**Person to contact:**
Name: Customer Service
ID number: 31954
Telephone: 877-829-5500

**Accounting period ending:**
December 31

**Public charity status:**
170(b)(1)(A)(vi)

**Form 990 / 990-EZ / 990-N required:**
Yes

**Effective date of exemption:**
March 07, 2023

**Contribution deductibility:**
Yes

**Addendum applies:**
No

**DLN:**
26053506003014

BRANDON MICHAEL JEANPIERRE CORPORATION
50 W BROADWAY STE 333 PMB 42314
SALT LAKE CITY, UT 84101

Dear Applicant:

We're pleased to tell you we determined you're exempt from federal income tax under Internal Revenue Code (IRC) Section 501(c)(3). Donors can deduct contributions they make to you under IRC Section 170. You're also qualified to receive tax deductible bequests, devises, transfers or gifts under Section 2055, 2106, or 2522. This letter could help resolve questions on your exempt status. Please keep it for your records.

Organizations exempt under IRC Section 501(c)(3) are further classified as either public charities or private foundations. We determined you're a public charity under the IRC Section listed at the top of this letter.

If we indicated at the top of this letter that you're required to file Form 990/990-EZ/990-N, our records show you're required to file an annual information return (Form 990 or Form 990-EZ) or electronic notice (Form 990-N, the e-Postcard). If you don't file a required return or notice for three consecutive years, your exempt status will be automatically revoked.

If we indicated at the top of this letter that an addendum applies, the enclosed addendum is an integral part of this letter.

For important information about your responsibilities as a tax-exempt organization, go to www.irs.gov/charities. Enter "4221-PC" in the search bar to view Publication 4221-PC, Compliance Guide for 501(c)(3) Public Charities, which describes your recordkeeping, reporting, and disclosure requirements.

Sincerely,

*Stephen A. Martin*

Stephen A. Martin
Director, Exempt Organizations
Rulings and Agreements

**Letter 947 (Rev. 2-2020)**
Catalog Number 35152P