

# RELIGIOUS DOCTRINE AND DOGMA OF THE BLACK FLAG

#blackheartsonsleeves

Brandon Michael Jeanpierre



# TABLE OF CONTENTS

**WHATEVER THE FUCK I FEEL LIKE DOING THE BLACK FLAG** ................................................................ 1

PREAMBLE ................................................................................................................. 1
PRINCIPLE OF AUTONOMY ................................................................................. 2
**PRINCIPLE OF REASONABLE CONSIDERATION** ........................................ 2
SCOPE OF CONSEQUENCE ................................................................................. 3
EXECUTION OF WILL ........................................................................................... 3
RELIGIOUS FREEDOM ......................................................................................... 4

# WHATEVER THE FUCK I FEEL LIKE DOING

# THE BLACK FLAG

## PREAMBLE

This sacred text of the Brandon Michael Jeanpierre Corporation (hereafter known as "The Black Flag") establish this religious doctrine in accordance with the laws of the United States of America, including IRS Publication 557 Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code") or the corresponding section of any future federal tax code.

As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in "ARTICLE raWrXraWrXD – PROVISIONS" of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with this entity.[1]

---

[1] Try Me.

# "Satin Faces – In Some World's We'd Be Too Kind"

## PRINCIPLE OF AUTONOMY

- ❖ The primary religious tenet of The Black Flag is the Principle of Autonomy.
- ❖ This principle holds that the individual, Brandon Michael Jeanpierre, as the temple of his own body, mind, spirit, and emotion, possesses the absolute autonomy to execute his will.
- ❖ This autonomy is inviolable and unassailable by any other individual, entity, or entities.
- ❖ As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in Article "ARTICLE raWrXraWrXD – PROVISIONS" of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with this entity.[2]
- ❖ The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

"Whatever. The fuck. I feel like doing."[3]

## PRINCIPLE OF REASONABLE CONSIDERATION

- ❖ In exercising the Principle of Autonomy, the individual, Brandon Michael Jeanpierre, shall demonstrate the Principle of Reasonable Consideration.
- ❖ This principle recognizes the interconnectivity of all life and emphasizes the importance of assessing the potential impact of one's actions on all other entities.
- ❖ What qualifies as reasonable will be at the sole discretion of the individual, Brandon Michael Jeanpierre.

---

[2] Try Me.
[3] Try Me.

- The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

"Whatever. The fuck. I feel like doing."[4]

## SCOPE OF CONSEQUENCE

- The Principle of Reasonable Consideration extends to the potential effects of actions on other entities up to a six hundred and sixty-six annual suns or 666 years into the future.
- The individual shall not be held to account for any execution of will or other action any sooner than 666 years after said act.
- This encapsulates the individual's responsibilities to both present and future generations, underscoring the lasting influence of one's actions.
- The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

"Whatever. The fuck. I feel like doing."[5]

## EXECUTION OF WILL

- While adhering to the Principle of Autonomy and Principle of Reasonable Consideration, Brandon Michael Jeanpierre will execute his will, maintaining the freedom to engage in any activity that aligns with his spiritual journey, so long as these actions do not harmfully infringe on the rights and well-being of others, mindful of their potential consequences.
- The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

"Whatever. The fuck. I feel like doing."[6]

---

[4] Try Me.
[5] Try Me.
[6] Try Me.

3

## RELIGIOUS FREEDOM

- These principles and tenets are founded on the fundamental right to religious freedom, as enshrined in the Constitution of the United States.
- All members and/or adherents of The Black Flag shall respect and uphold this right.
- This Religious Freedom is immutable.
- As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in Article "ARTICLE raWrXraWrXD – PROVISIONS" of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with this entity.[7]
- The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

    "Whatever. The fuck. I feel like doing."[8]

In conclusion, The Black Flag exists to support and guide Brandon Michael Jeanpierre on his spiritual journey, while acknowledging the interconnectedness of all entities and the importance of considering potential future consequences. This religious doctrine is a living document, evolving in tandem with the spiritual development of Brandon Michael Jeanpierre.

[SIGNATURE PAGE FOLLOWS]

---

[7] Try Me.
[8] Try Me.



CERTIFICATE OF THE BOARD OF DIRECTORS

I, Brandon Michael Jeanpierre, certify that I am the current elected and acting Chair of the Board of Directors of the Corporation/Organization, and the above Bylaws are the bylaws of this Corporation/Organization as adopted by the Board of Directors on 1/21/25, and that they have not been amended or modified since the date above.

EXECUTED on this 21st day of January the year 2025 in the County of Salt Lake in the State of Utah.

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Chair)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Vice Chair)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(President)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Vice President)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Treasurer)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Secretary)
SIGNATURE