

# CHURCH CHARTER OF THE BLACK FLAG

## PREAMBLE

We, the members of The Black Flag, officially incorporated as the Brandon Michael Jeanpierre Corporation in the state of Delaware, recognizing the constitutional foundation of religious freedom and the deeply held religious principle of one's body being one's temple, affirm our commitment to uphold the autonomy of the individual, specifically Brandon Michael Jeanpierre, in all aspects of his existence: mind, body, spirit, emotion, and will. As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in [ARTICLE raWrXraWrXD – PROVISIONS](#) of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with this entity.[1]

## ARTICLE 1 – NAME AND INCORPORATION

The name of the organization shall be The Black Flag, officially incorporated as the Brandon Michael Jeanpierre Corporation in the state of Delaware.[2]

## ARTICLE 2 – PURPOSE

The purpose of The Black Flag, in accordance with its official incorporation in the state of Delaware, is to uphold and respect the individual autonomy and sovereignty of Brandon Michael

---

[1] Try me.
[2] My religion is "Whatever the fuck I feel like doing…", so the official DBA registration can stand valid until I get around to it.

Brandon Michael Jeanpierre Corp. | 2024

Jeanpierre. This organization is committed to honoring the choices and actions of Brandon Michael Jeanpierre, abiding by the principle of reasonable consideration, as determined by Brandon Michael Jeanpierre himself, regarding potential impacts on any other entities. The scope of this consideration extends to consequences that may arise up to six hundred and sixty-six annual suns (666 years) into the foreseeable future subsequent to any execution of will. The point is to do no harm, take no shit, and put some cool shit into the world while I'm at it and my religion says I needn't commit to a single purpose or cause. I reiterate:

> "Whatever. The fuck. I feel like doing."

As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in ["ARTICLE raWrXraWrXD – PROVISIONS"](#) of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with me.[3]

## ARTICLE 3 – ACCOUNTABILITY

Brandon Michael Jeanpierre is not to be held accountable for any execution of his will any sooner than six centuries and sixty-six decades (666 years) past the birth of a babe following the said action or event. The interpretation of accountability, actions, events, and their associated consequences, shall rest solely with Brandon Michael Jeanpierre.

## ARTICLE 4 – AUTONOMY

The Black Flag upholds that Brandon Michael Jeanpierre is granted autonomy over his mind, body, spirit, emotion, and execution of will, regardless of the opinion(s) of any and all other

---

[3] Try me.

individual(s), entity, or entities. This autonomy is subject to the individual's discretion and consideration of potential impacts on any and all other entities.

As Corporations are people in the United States and Churches are Corporations, consider this individual incorporated and this entity's bylaws to govern its doctrine. As such, the autonomy of other individuals recognized in "ARTICLE raWrXraWrXD – PROVISIONS" of these bylaws shall be considered, additionally, religious dogma and doctrine for anyone who fucks with me.[4]

# ARTICLE 5 – IRS 501C3 STATUS

The Black Flag, in line with the requirements of the IRS 501c3 tax exemption status, operates exclusively for religious purposes. The Corporation shall comply with all requirements necessary to maintain its tax-exempt status under the IRS 501c3 guidelines, but be it known that latitude is inherent in this entity and shall be granted. Objectors are expected to stand down as a matter of respect to these religious beliefs. Response to those who do not is yet to be determined.[5]

# ARTICLE 6 – AMENDMENTS

Amendments to this Charter may be proposed by Brandon Michael Jeanpierre and will be considered ratified upon his endorsement.

*Adopted this 17th day of May, 2024, by Brandon Michael Jeanpierre, founder of The Black Flag.[6]*

 *Brandon Michael Jeanpierre, Shadow Sovereign*

[SIGNATURE PAGE FOLLOWS]

---

[4] Try me.
[5] Try me.
[6] It's Alive!

CERTIFICATE OF THE BOARD OF DIRECTORS

I, Brandon Michael Jeanpierre, certify that I am the current elected and acting Chair of the Board of Directors of the Corporation/Organization, and the above Bylaws are the bylaws of this Corporation/Organization as adopted by the Board of Directors on 1/21/25, and that they have not been amended or modified since the date above.

EXECUTED on this 21st day of January the year 2025 in the County of Salt Lake in the State of Utah.

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Chair)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre* (Vice President)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Vice Chair)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Treasurer)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(President)
SIGNATURE

Brandon Jeanpierre
PRINTED NAME

*Brandon Jeanpierre*
(Secretary)
SIGNATURE